*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ) | |
|    Jacqueline Mason  ) | Case No. 25–12310–pmm |
| ) | |
| Debtor(s).  ) | Chapter: 13 |
| ) | |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 10, 2025, this case is hereby DISMISSED.

**Date: June 24, 2025**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities